THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN P. THOMAS, Appellant.

Submitted October 21, 2013; decided November 14, 2013

Motion by Legal Aid Society for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES WILTSHIRE, Appellant.

Submitted November 4, 2013; decided November 14, 2013

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.